ANNIE K. WHALEY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Whaley* v. *City of New York,* 120 App. Div. 880, affirmed.
(Argued March 29, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 29, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*J. D. Fuckenthal* and *William A. Barber* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly, Terence Farley* and *Thomas F. Noonan* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Not voting: EDWARD T. BARTLETT, J.

---

WILLIAM BARR et al., Respondents, *v.* CHARLES W. VREDEN-BURG et al., Appellants.

*Barr* v. *Vredenburg,* 122 App. Div. 895, affirmed.
(Argued March 29, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 22, 1907, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

*Isaac Adler* for appellants.

*John R. Fanning* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.